## VAN NORDEN *v.* WASHBURN.

**ERROR TO THE SUPREME COURT OF THE STATE OF LOUISIANA.**

No. 795. Submitted April 23, 1877. — Decided April 30, 1877.

*Van Norden* v. *Benner,* 131 U. S. clxv., followed.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

This case is in all its material facts precisely like that of the same plaintiffs in error against Benner, just decided, and is dismissed for the reasons stated in that opinion.

*Mr. Thomas J. Durant* and *Mr. Charles W. Hornor* for plaintiffs in error.

*Mr. Charles B. Singleton, Mr. Samuel Shellabarger* and *Mr. J. M. Wilson* for defendant in error.

---

## HAYNES *v.* PICKETT.

**ERROR TO THE SUPREME COURT OF THE STATE OF LOUISIANA.**

No. 837. Submitted January 15, 1877. — Decided March 13, 1877.

*Ray* v. *Norseworthy,* 23 Wall. 128, followed.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

There is a Federal question in this case, but it was decided in *Ray* v. *Norseworthy,* 23 Wall. 128, and we are not inclined to hear it re-argued. The motion to dismiss is, therefore, denied, and that to affirm granted, upon the authority of that case. *Affirmed.*

*Mr. B. R. Forman* for plaintiff in error.

*Mr. Thomas J. Durant* and *Mr. Charles W. Hornor* for defendants in error.